**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>            Plaintiff,<br><br>   v.<br><br>PRASH, CORP.,<br><br>            Defendant. | Case No.  EDCV 14-1048-GW(Ex)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 22, 2014

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE